**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **Michael K Gay** | : | Chapter 7 |
| | : | |
| | : | Case No. 18-57618 |
| **Debtor.** | : | |
| | : | Judge John E Hoffman |

## CERTIFICATE OF SERVICE OF STATEMENT OF INTENTIONS

Now comes the Debtor, by and through counsel, and hereby certifies that **on the 12th day of December, 2018**, the Statement of Intentions was served on the following by electronic service to : Us Trustee, 170 N. High Street #200, Columbus, Ohio 43215, email:

**ustpregion09.cb.ecf@usdoj.gov** and Frederick M Luper , Chapter 7 Trustee, email

fluper@lnlattorneys.com, fluper@ecf.epiqsystems.com

And by ordinary US mail postage prepaid to the following:

Ally Financial, Po Box 8133, Cockeysville, MD 21030

Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998

                                                    **AMOURGIS & ASSOCIATES**

                                                    /s/ Brooke Elnora Elliott_____
                                                    Brooke Elnora Elliott (0094035)
                                                    Attorney for Debtor
                                                    4449 Easton Way, Suite 200
                                                    Columbus, OH 43219
                                                    Phone: 614-934-2000
                                                    Fax: 614-987-2086
                                                    brookee@amourgis.com