# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Michael K Gay | : | Case No.: 18-57618 |
| | : | Chapter 7 |
| Debtor(s). | : | Judge John E. Hoffman Jr. |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## (REAL PROPERTY LOCATED AT 1963 CHARMINGFARE ST, COLUMBUS, OH 43228)

Bank of America, N.A. ("Movant") hereby moves this Court, pursuant to 11 U.S.C. §§ 361, 362 and 363 and other sections of Title 11 of the United States Bankruptcy Code and under Rule 4001, and other Rules of the Federal Rules of Bankruptcy Procedure for an order conditioning, modifying, or dissolving the automatic stay imposed by §362 of the Bankruptcy Code with respect to certain real property of the Debtor(s) having an address of 1963 Charmingfare St, Columbus, OH 43228 (the "Property"), for all purposes allowed by the Note (defined below), the Mortgage (defined below), and applicable law, including but not limited to the right to foreclose. The Relief from Stay/Adequate Protection Exhibit and Worksheet—Real Estate is attached hereto as Exhibit E, as required by Local Rule 4001-1(a)(2). In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtor(s) on December 3, 2018.

2. A copy of the deed with respect to the Property is attached hereto as Exhibit A.

3. The Debtor(s) has/have executed and delivered or is/are otherwise obligated with respect to that certain promissory note in the original principal amount of $105,400.00 (the

19-008022_EJS1

"Note").  A copy of the Note is attached hereto as Exhibit B.  Movant is an entity entitled to enforce the Note.

4. As evidenced by the assignments, endorsements, and/or allonges attached to the Note, the Note was transferred to Movant as follows:

a) The Note was assigned by Countrywide Home Loans, Inc., a New York Corporation Doing Business as America's Wholesale Lender to Blank.

See Exhibit B attached hereto.

5. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the Property.  A copy of the Mortgage is attached hereto as Exhibit C.

6. As of February 25, 2019, the outstanding amount of the Obligations less any partial payments or suspense balance is $77,266.93.

7. As of the February 25, 2019, the earliest month and year of any arrearage is January 1, 2019.

8. The following chart sets forth the number and amount of payments due pursuant to the terms of the Note that have been missed by the Debtor(s):

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 1 | 01/01/19 | 01/01/19 | $1,056.93 | $1,056.93 |
| 1 | 02/01/19 | 02/01/19 | $1,068.82 | $1,068.82 |

**Total:  $2,125.75**

9. The estimated market value of the Property is $176,900.00.  The basis for such valuation is the 2018 Franklin County Auditor's tax record, which is attached as Exhibit D.

19-008022_EJS1

10. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $77,266.93.

11. The Court has jurisdiction over this matter under 28 U.S.C. § 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

12. This Motion does not seek to affect the rights of the Chapter 7 Trustee.

13. Cause exists for relief from the automatic stay for the following reasons:

(a) Movant's interest in the Property is not adequately protected. Movant's interest in the collateral is not protected by an adequate equity cushion. The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay for all purposes allowed by law, the Note, the Mortgage, and applicable law, including but not limited to allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. For such other relief as the Court deems proper.

Dated: 03/15/2019                                                                 Respectfully submitted,

19-008022_EJS1

/s/ Adam B. Hall
_____
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
John R. Cummins (0036811)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Movant
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

19-008022_EJS1

**NOTICE OF MOTION**

Bank of America, N.A. has filed papers with the court to obtain relief from stay.

**Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to:

> Clerk of the United States Bankruptcy Court
> 170 North High Street
> Columbus, OH  43215

OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to

   Manley Deas Kochalski LLC, Attention: Adam B. Hall, P.O. Box 165028 Columbus, OH 43216-5028

   Asst US Trustee (Col), Office of the US Trustee, Southern District of Ohio, Party of Interest, 170 North High Street, Suite 200, Columbus, OH  43215

   Frederick M Luper, 1160 Dublin Road, Suite 400, Columbus, OH  43215, fluper@lnlattorneys.com

   Brooke Elnora Elliott, Attorney for Michael K Gay, Amourgis & Associates, 4449 Easton Way, Suite 200, Columbus, OH  43219, bkcolumbus@amourgis.com

    Michael K Gay, 1963 Charmingfare St, Columbus, OH 43228

   Michael K Gay, 1963 CharmingFare St, Columbus, OH  43228

   Michael K. Gay, 1963 Charmingfare St, Columbus, OH 43228-9399

   Franklin County Treasurer, 373 South High Street, 17th Floor, Columbus, OH  43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

19-008022_EJS1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Relief from Automatic Stay was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court:

- Asst US Trustee (Col), Office of the US Trustee, Southern District of Ohio, Party of Interest, 170 North High Street, Suite 200, Columbus, OH  43215

- Frederick M Luper, 1160 Dublin Road, Suite 400, Columbus, OH  43215, fluper@lnlattorneys.com

- Brooke Elnora Elliott, Attorney for Michael K Gay, Amourgis & Associates, 4449 Easton Way, Suite 200, Columbus, OH  43219, bkcolumbus@amourgis.com

and by ordinary U.S. mail on March  15 , 2019 addressed to:

- Michael K Gay, 1963 Charmingfare St, Columbus, OH  43228

- Michael K Gay, 1963 CharmingFare St, Columbus, OH  43228

- Michael K. Gay, 1963 Charmingfare St, Columbus, OH 43228-9399

- Franklin County Treasurer, 373 South High Street, 17th Floor, Columbus, OH  43215

/s/ Adam B. Hall
Adam B. Hall

19-008022_EJS1